180 So. 110

### Wiley RILEY v. STATE.

#### 8 Div. 889.

Supreme Court of Alabama.

March 24, 1938.

A. A. Carmichael, Atty. Gen., and B. W. Simmons, Asst. Atty. Gen., for petitioner.

Bradshaw & Barnett, of Florence, for respondent.

FOSTER, Justice.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Wiley Riley v. State, 180 So. 109.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

180 So. 112

### Jesse MOTE v. STATE.

#### 4 Div. 10.

Supreme Court of Alabama.

March 24, 1938.

J. B. Hicks, of Phenix. City, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Jesse Mote for certiorari to the Court of Appeals to review and revise

the judgment and decision of that court, in the case of Mote v. State, 180 So. 110.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.